# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH COSTELLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California; WILL LIGHTBOURNE, Director of the California Department of Social Services; RHONDA SJOSTROM, Human Resources Director of the Tulare County Health and Human Services Agency; TULARE COUNTY SUPERIOR COURT; ALICIA ZAYAS; EVANGELINE SIONGCO; KAREN WHITED; MANDI LEWIS,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:15-cv-00252--- SKO<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE TO AUGUST 27, 2015**<br><br>**ORDER THAT PLAINTIFF SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

　　　　Plaintiff Sarah Costello ("Plaintiff") filed this case in February of 2015 against Edmund G. Brown, Jr., Governor of the State of California, Will Lightbourne, Director of the California Department of Social Services, Rhonda Sjostrom, Human Resources Director of the Tulare County Health and Human Services Agency, Tulare County Superior Court, Alicia Zayas, Evangeline Siongco, Karen Whited, and Mandi Lewis (collectively "Defendants").  A case management conference ("CMC") was set for April 23, 2015.  (Docs. 1; 6.)  Because no proof of service was filed and no Defendant had yet answered the complaint, the Court continued the CMC twice.  (Docs. 7; 8.)

After consolidating the CMC with the scheduling conference and resetting both conferences to July 30, 2015, in its May 13, 2015 minute order, the Court ordered Plaintiff to file proofs of service on or before July 1, 2015.  Plaintiff has failed to do. (Doc. 8.)  Because Plaintiff did not file any proofs of service, the Court has no information regarding whether the Defendants have been served.  Defendants have not responded to the Complaint. (*See* Docket.)

Accordingly, IT IS HEREBY ORDERED that:

1. The case management conference previously set for July 30, 2015, is RESET to August 27, 2015, at 9:45 a.m. in Courtroom 7;

2. By no later than August 13, 2015, Plaintiff shall file a statement showing cause why sanctions should not be imposed for failing to comply with the Court's May 13, 2015 minute order.

IT IS SO ORDERED.

Dated:     **July 27, 2015**                          /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE

2