# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH COSTELLO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California; WILL LIGHTBOURNE, Director of the California Department of Social Services; RHONDA SJOSTROM, Human Resources Director of the Tulare County Health and Human Services Agency; TULARE COUNTY SUPERIOR COURT; ALICIA ZAYAS; EVANGELINE SIONGCO; KAREN WHITED; MANDI LEWIS,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:15-cv-00252--- SKO<br><br>**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE A STATEMENT SHOWING CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

On July 27, 2015, the Court issued an Order Resetting the Case Management Conference and an Order to Show Cause Why Sanctions Should Not Be Imposed, requiring Plaintiff to file by August 13, 2015, a statement showing cause why sanctions should not be imposed for failing to comply with the Court's May 13, 2015, minute order. (Doc. 10.)

Plaintiff has since retained counsel. Counsel for Plaintiff contacted the Court on August 13, 2015, and informed the Court that despite his best efforts, he has been unable to complete registration for an ECF account, or to file: (1) Plaintiff's statement showing cause why sanctions should not be imposed, and (2) proofs of service of the Complaint on defendants in compliance

with the Court's July 27, 2015, order.  Counsel represented he would need an additional two business days to comply with the Court's July 27, 2015, order.

Accordingly, IT IS HEREBY ORDERED that by no later than August 18, 2015, Plaintiff shall file proof of service of the summons and complaint upon defendants and a statement showing cause why sanctions should not be imposed for failing to comply with the Court's May 13, 2015 minute order.

IT IS SO ORDERED.

Dated:   **August 14, 2015**                                **/s/ Sheila K. Oberto**
                                                                             UNITED STATES MAGISTRATE JUDGE

2